# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| The State of KANSAS, *et al.*, <br><br> *Plaintiffs-Appellees*, <br> v. <br> CLAUDIA MOYA LOPEZ, *et al.*, <br><br> *Movants-Appellants*. | No. 24-3532 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Under Federal Rule of Appellate Procedure 42(b)(1), Movants-Appellants, Plaintiffs-Appellees, and Defendants hereby stipulate to the dismissal of the above-captioned appeal. The parties shall bear their own costs. There are no court fees due.

1

Dated: January 14, 2025         Respectfully submitted,

By: /s/ *Abhishek S. Kambli*         By: /s/ *Matthew S. Rozen*

Abhishek S. Kambli
Deputy Attorney General
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612
Telephone: 785.368.8539
abhishek.kambli@ag.ks.gov

*Counsel for Plaintiff-Appellee State of Kansas on behalf of Plaintiffs-Appellees*

Matthew S. Rozen
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
mrozen@gibsondunn.com

*Counsel for Movants-Appellants Claudia Moya Lopez, Dania Quezada Torres, Hyun Kim, and CASA, Inc.*

By: /s/ *Joshua M. Koppel*

Joshua M. Koppel
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., N.W., Room 7212
Washington, D.C. 20530
Telephone: 202.514.4820
joshua.m.koppel@usdoj.gov

*Counsel for Defendants United States of America and Centers for Medicare & Medicaid Services*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I filed the foregoing stipulation with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

/s/ *Matthew S. Rozen*
Matthew S. Rozen